48 A.3d 1244

**Derrick BARNES, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 84 EM 2012.**

Supreme Court of Pennsylvania.

July 19, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of July, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are **DENIED.**